AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WOOD, KIMBA M | U.S. District Court, SDNY | 05/12/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Pearl Street<br>New York, N.Y. 10007 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | The Institute of Judicial Administration, New York University School of Law |
| 2. Board Member | New York City Ballet, Inc. |
| 3. Board Member | CEELI Institute |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2006 MAY 18 A 9:30
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Sonic Corporation - Board of Directors Fees |
| 2. 2005 | Rockefeller Brothers Finance Committee Fees |
| 3. 2005 | Vestar, Harding, Bear Stearns Merchant Bank of Park Avenue Equity - Fee Income |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Adam Silver | National Basketball Association tickets | $ 400.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Goldman, Sachs (see Note #20 in Section VIII) | Margin Account | P2 |
| 2. Vestar | Loans | M |
| 3. Citibank | Line of Credit | P2 |
| 4. Citibank | Line of Credit | P2 |
| 5. Citibank | Line of Credit | M |
| 6. Citibank | Unsecured Term Note | P1 |
| 7. American Express | Credit card | J |
| 8. Citibank | Rental Property Mortgage | N |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See attached | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 1  EXXON CORP COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 2  CREST FUND LP ( IRA) ( SEE NOTE 1 IN SECTION VIII) | F | K-1 DISTR | P1 | T | | | | | |
| 3  NYC CPN PRAM ZERO COUPON BOND ( SEE NOTE 2 IN SECTION VIII) | A | OID | | | REDEEMED | 2/1 | K | | |
| 4  NYS DA REV CAP ST. UNIV-B ZERO COUPON BOND ( SEE NOTE 2 IN SECTION VIII) | A | OID | | | REDEEMED | 5/15 | K | | |
| 5  ADOBE SYSTEMS INC COMMON STOCK | A | DIVIDEND | J | T | | | | | |
| 6  NEW YORK URB DEV CORP ZERO COUPON BOND ( SEE NOTE 2 IN SECTION VIII) | B | OID | J | T | | | | | |
| 7  SCHWAB MONEY MARKET FUND | A | DIVIDEND | J | T | | | | | |
| 8  GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #1 | A | DIVIDEND | J | T | | | | | |
| 9  GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #2 | B | DIVIDEND | J | T | | | | | |
| 10  AUTOMATIC DATA PROCESSING INC COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 11  BLACKROCK INC COMMON STOCK | A | DIVIDEND | L | T | PURCHASE | 10/24 | L | | |
| 12  CONOCOPHILLIPS COMMON STOCK | A | DIVIDEND | K | T | PURCHASE | 4/1 | K | | |
| 13  GEN PROBE COMMON STOCK | | NONE | K | T | | | | | |
| 14  HOME DEPOT COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 15  JOHNSON & JOHNSON COMMON STOCK | A | DIVIDEND | K | T | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
| 16 SONIC COMMON STOCK | | NONE | L | T | PURCHASE | 5/19 | L | | |
| 17 | | | | | PURCHASE | 5/20 | K | | |
| 18 STRYKER CORP COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 19 SUNCOR ENERGY INC COMMON STOCK | A | DIVIDEND | K | T | PURCHASE | 4/1 | K | | |
| 20 SYSCO CORP COMMON STOCK | A | DIVIDEND | | | SOLD | 10/24 | K | C | |
| 21 TYCO INTL COMMON STOCK | A | DIVIDEND | | | SOLD | 10/24 | K | | |
| 22 WAL MART STORES INC COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 23 CMA TAX EXEMPT FUND - ML #1 | A | DIVIDEND | J | T | | | | | |
| 24 MERRILL LYNCH ACCOUNT - ML #2 | A | INTEREST | J | T | | | | | |
| 25 ALLIANCEBERNSTEIN CAPITAL RESERVE FUND | A | DIVIDEND | | | ACCOUNT CLOSED | 5/9 | K | | |
| 26 FEDERATED CAPITAL RESERVES MONEY MARKET | A | DIVIDEND | L | T | ACCOUNT OPENED | 5/9 | K | | |
| 27 AMERICAN MUTUAL FUND | B | DIV/DISTR | K | T | | | | | |
| 28 CAPITAL INCOME BUILDER FUND ( MUTUAL FUND) | A | DIV/DISTR | K | T | | | | | |
| 29 FUNDAMENTAL INVESTORS INC ( MUTUAL FUND) | A | DIVIDEND | K | T | | | | | |
| 30 GROWTH FUND OF AMERICA ( MUTUAL FUND) | A | DIV/DISTR | L | T | | | | | |
| 31 INVESTMENT COMPANY OF AMERICA | B | DIV/DISTR | K | T | | | | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| ( MUTUAL FUND) | | | | | | | | | |
| 32 WASHINGTON MUTUAL INVESTORS FUND | B | DIV/DISTR | K | T | | | | | |
| ( MUTUAL FUND) | | | | | | | | | |
| 33 U.S. GOVERNMENT SECURITIES FUND | A | DIVIDEND | J | T | PARTIAL SALE | 1/10 | J | | |
| ( MUTUAL FUND) | | | | | | | | | |
| COMMON STOCKS/MUTUAL FNDS  ( LINES 34-146)  : | | | | | | | | | |
| 34 ABBOTT LABORATORIES | F | DIVIDEND | P1 | T | PARTIAL SALE | 4/1 | N | G | |
| 35 | | | | | PARTIAL SALE | 8/3 | O | G | |
| 36 ALCAN INC | B | DIVIDEND | M | T | PURCHASE | 3/17 | M | | |
| 37 | | | | | PURCHASE | 4/4 | J | | |
| 38 | | | | | PURCHASE | 7/5 | L | | |
| 39 ALLSTATE  ( X) | A | DIVIDEND | | | SOLD | 11/3 | L | D | |
| 40 ALLTELL CORP | B | DIVIDEND | M | T | PURCHASE | 3/17 | M | | |
| 41 ALTRIA GROUP  ( X) | C | DIVIDEND | | | SOLD | 11/3 | M | F | |
| 42 AMERICA MOVIL | D | DIVIDEND | P1 | T | PURCHASE | 2/18 | O | | |
| 43 AMERICAN INTERNATIONAL GROUP<br>( AKA AMER INTL GROUP) | B | DIVIDEND | M | T | PURCHASE | 3/17 | L | | |
| 44 | | | | | PURCHASE | 4/4 | L | | |
| 45 | | | | | PARTIAL SALE | 11/3 | J | | |
| 46 ANADARKO PETROLEUM CORP | B | DIVIDEND | M | T | PURCHASE | 3/17 | M | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 47  ANHEUSER BUSCH CO | F | DIVIDEND | P1 | T | PARTIAL SALE | 4/1 | O | G | |
| 48 | | | | | PARTIAL SALE | 8/3 | O | G | |
| 49  AUTOMATIC DATA PROCESSING | C | DIVIDEND | | | SOLD | 2/18 | O | E | |
| 50  AUTOMATIC DATA PROCESSING ( X) | | NONE | | | SOLD | 11/3 | K | C | |
| 51  APPLIED MATERIALS  ( X) | | NONE | | | SOLD | 11/3 | J | A | |
| 52  BANK OF AMERICA | C | DIVIDEND | | | PURCHASE | 3/17 | M | | |
| 53 | | | | | SOLD | 12/15 | M | | |
| 54  BECTON DICKINSON | C | DIVIDEND | | | SOLD | 8/3 | N | E | |
| 55  BERKLEY WR CORP | C | DIVIDEND | O | T | | | | | |
| 56  BERKSHIRE HATHAWAY | | NONE | N | T | PARTIAL SALE | 6/29 | P1 | G | |
| 57 | | | | | PARTIAL SALE | 8/3 | N | G | |
| 58  BLACKROCK INC | D | DIVIDEND | P1 | T | PURCHASE | 10/24 | N | | |
| 59  BP PLC  ( X) | B | DIVIDEND | | | SOLD | 11/3 | L | D | |
| 60  BRISTOL MYERS  ( X) | A | DIVIDEND | | | SOLD | 11/3 | J | | |
| 61  BURLINGTON RESOURCES | B | DIVIDEND | O | T | PURCHASE | 3/18 | M | | |
| 62 | | | | | PURCHASE | 4/1 | M | | |
| 63  CABLEVISION SYSTEMS | | NONE | M | T | PURCHASE | 3/17 | M | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 64  CATERPILLAR INC ( X) | A | DIVIDEND | | | SOLD | 11/3 | L | E | |
| 65  CHEVRON GRP ( X) | | NONE | | | SOLD | 11/3 | K | C | |
| 66  CISCO SYSTEMS ( X) | | NONE | | | SOLD | 11/3 | J | | |
| 67  CIT GROUP | D | DIVIDEND | N | T | | | | | |
| 68  CONOCOPHILLIPS | D | DIVIDEND | O | T | PURCHASE | 3/21 | L | | |
| 69 | | | | | PURCHASE | 4/1 | O | | |
| 70 | | | | | PURCHASE | 4/4 | L | | |
| 71 | | | | | PARTIAL SALE | 11/3 | K | D | |
| 72  COSTCO ( X) | | NONE | | | SOLD | 11/3 | J | B | |
| 73  CROWN HOLDINGS ( FKA CROWN CORK AND SEAL CO) | | NONE | | | SOLD | 6/29 | N | G | |
| 74  DELL ( X) | | NONE | | | SOLD | 11/3 | K | | |
| 75  DIRECTV GROUP | | NONE | K | T | PURCHASE | 7/20 | L | | |
| 76  DISCOVERY HOLDINGS | | NONE | | | SPUN OFF FROM LIBERTY MEDIA ( SEE LINE 99 BELOW) | 7/26 | K | | |
| 77 | | | | | SOLD | 7/27 | K | | |
| 78  EMBRAER-EMPRESA BRASILEIRA DE AERONAUTICA | | NONE | M | T | PURCHASE | 9/23 | M | | |
| 79  EXXONMOBIL ( X) | B | DIVIDEND | | | SOLD | 11/3 | M | E | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 80  FIRST DATA CORP  (X) | A | DIVIDEND | | | SOLD | 11/3 | J | | |
| 81  FPL GROUP  (X) | | NONE | | | SOLD | 11/3 | K | D | |
| 82  FREDDIE MAC | A | DIVIDEND | | | PURCHASE | 3/17 | M | | |
| 83 | | | | | SOLD | 9/7 | M | | |
| 84  GENERAL ELECTRIC  (X) | B | DIVIDEND | | | SOLD | 11/3 | M | G | |
| 85  GEN PROBE INC | | NONE | O | T | | | | | |
| 86  GOLAR ING LTD | | NONE | L | T | PURCHASE | 3/18 | L | | |
| 87  HOME DEPOT INC | D | DIVIDEND | P1 | T | PARTIAL SALE | 11/3 | J | B | |
| 88  HONEYWELL  (X) | A | DIVIDEND | | | SOLD | 11/3 | K | | |
| 89  INTERNATIONAL BUSINESS MACHINES | B | DIVIDEND | M | T | PURCHASE | 3/17 | M | | |
| 90 | | | | | PURCHASE | 7/5 | K | | |
| 91  ISHARES TR  (X) | A | DIVIDEND | | | SOLD | 11/3 | K | C | |
| 92  JOHNSON & JOHNSON | G | DIVIDEND | P1 | T | PARTIAL SALE | 4/1 | O | G | |
| 93 | | | | | PARTIAL SALE | 8/3 | O | G | |
| 94 | | | | | PARTIAL SALE | 11/3 | L | D | |
| 95  KINDER MORGAN ENERGY | A | DIVIDEND | | | SOLD | 2/18 | L | | |
| 96  LABORATORY CORP AMER HLDGS | | NONE | | | PURCHASE | 3/17 | M | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
| 97 | | | | | SOLD | 12/15 | M | E | |
| 98  LIBERTY MEDIA CORP | | NONE | | | PURCHASE | 3/18 | M | | |
| 99 | | | | | SPUN OFF DISCOVERY HOLDINGS (SEE LINE 76 ABOVE) | 7/26 | K | | |
| 100 | | | | | SOLD | 10/6 | L | | |
| 101  LUCENT TECHNOLOGIES CONV PREFD | A | SETTLMNT PROCEEDS | J | T | | | | | |
| 102  MBIA | | NONE | M | T | PURCHASE | 10/6 | M | | |
| 103  MBNA CORP | E | DIVIDEND | P1 | T | PARTIAL SALE | 4/1 | M | G | |
| 104 | | | | | PARTIAL SALE | 11/3 | K | B | |
| 105  MEDCO HEALTH  (X) | | NONE | | | SOLD | 11/3 | L | E | |
| 106  MEDTRONIC INC | B | DIVIDEND | N | T | | | | | |
| 107  MEMORY PHARMACEUTICALS | | NONE | | | SOLD | 8/3 | K | | |
| 108  MERCK & CO  (X) | A | DIVIDEND | | | SOLD | 11/3 | K | | |
| 109  MICROSOFT  (X) | | NONE | | | SOLD | 11/3 | K | D | |
| 110  MIDCAP SPDR TR  (X) | A | DIVIDEND | | | SOLD | 11/3 | L | D | |
| 111  NEWFIELD EXPLORATION | | NONE | N | T | PURCHASE | 4/1 | M | | |
| 112  NEWS CORP | A | DIVIDEND | M | T | PURCHASE | 3/17 | M | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 113  OCCIDENTAL PETE CORP | | NONE | L | T | PURCHASE | 12/30 | L | | |
| 114  OLSTEIN FINANCIAL ALERT FUND ( MUTUAL FUND) | E | DIVIDEND | M | T | PURCHASE | 12/14 | K | | |
| 115  PEPSICO | D | DIVIDEND | O | T | | | | | |
| 116  PETROLEO BRASILEIRO | C | DIVIDEND | M | T | PURCHASE | 3/17 | M | | |
| 117 | | | | | PARTIAL SALE | 12/30 | L | E | |
| 118  ALTRIA GROUP - IRA ACCOUNT | C | DIVIDEND | L | T | | | | | |
| 119  PITNEY BOWES ( X) | A | DIVIDEND | | | SOLD | 11/3 | K | A | |
| 120  PNC FINANCIAL SERVICES ( X) | | NONE | | | SOLD | 11/3 | K | C | |
| 121  PROCTOR & GAMBLE ( X) | A | DIVIDEND | | | SOLD | 11/3 | K | B | |
| 122  SBC COMMUNICATIONS ( X) | A | DIVIDEND | | | SOLD | 11/3 | J | | |
| 123  SHIP FINANCE INTERNATIONAL LTD | D | DIVIDEND | L | T | PURCHASE | 4/14 | M | | |
| 124  SONIC CORP | | NONE | P3 | T | PARTIAL SALE | 11/3 | J | B | |
| 125 | | | | | PARTIAL SALE | 11/4 | P1 | H1 | |
| 126  SPRINT NEXTEL CORP ( FKA SPRINT CORP) | B | DIVIDEND | M | T | PURCHASE | 3/17 | M | | |
| 127  STRYKER CORP | A | DIVIDEND | N | T | | | | | |
| 128  SUNCOR ENERGY | B | DIVIDEND | O | T | PURCHASE | 4/1 | O | | |
| 129  SYSCO CORP ( X) | A | DIVIDEND | | | SOLD | 11/3 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 130 TBS INTERNATIONAL LTD | | NONE | | | PURCHASE | 6/29 | K | | |
| 131 | | | | | PURCHASE | 7/5 | K | | |
| 132 | | | | | SOLD | 12/15 | K | | |
| 133 TYCO CORP ( X) | A | DIVIDEND | | | SOLD | 11/3 | K | | |
| 134 UNITED TECH CORP | E | DIVIDEND | P1 | T | PARTIAL SALE | 11/3 | J | A | |
| 135 UNUMPROVIDENT | B | DIVIDEND | M | T | PURCHASE | 3/17 | M | | |
| 136 VALERO ENERGY | C | DIVIDEND | O | T | PURCHASE | 3/17 | M | | |
| 137 | | | | | PURCHASE | 4/1 | N | | |
| 138 VERIZON COMMUNICATIONS ( X) ( SEE NOTE 29 IN SECTION VIII) | A | DIVIDEND | | | SOLD | 3/15 | J | A | |
| 139 | | | | | SOLD | 11/3 | K | | |
| 140 VODAFONE GROUP | | NONE | M | T | PURCHASE | 12/15 | M | | |
| 141 WAL MART STORES | F | DIVIDEND | P1 | T | PARTIAL SALE | 4/1 | N | G | |
| 142 | | | | | PARTIAL SALE | 8/3 | O | G | |
| 143 | | | | | PARTIAL SALE | 11/3 | K | | |
| 144 WELLS FARGO | | NONE | M | T | PURCHASE | 12/15 | M | | |
| 145 WEYERHAEUSER CO | C | DIVIDEND | M | T | PURCHASE | 3/17 | M | | |
| 146 XTO ENERGY CORP | A | DIVIDEND | N | T | PURCHASE | 4/1 | M | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| CORPORATE BONDS/US GOVT TBILLS  (LINES 147-151) : | | | | | | | | | |
| 147  GENERAL ELECTRIC BOND | G | INTEREST | P2 | T | | | | | |
| 148  GMAC BONDS | G | INTEREST | | | PUT BOND | 11/16 | P2 | | |
| 149  ITT FINANCIAL CORP BOND | F | INTEREST | P1 | T | | | | | |
| 150  US TREASURY BILL | B | INTEREST | | | PURCHASE | 5/12 | O | | |
| 151 | | | | | REDEEMED | 6/13 | O | | |
| CASH/INVESTMENT/MONEY MARKET ACCOUNTS  (LINES 152-165) : | | | | | | | | | |
| 152  BEAR STEARNS TEMPFUND  (BEAR STEARNS - IRA CASH) | A | INTEREST | J | T | | | | | |
| 153  GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #3 | C | DIVIDEND | M | T | | | | | |
| 154  CITIBANK CHECKING ACCOUNT - FOUNDATION | | NONE | K | T | | | | | |
| 155  CITIBANK INTEREST CHECKING A/C | A | INTEREST | J | T | | | | | |
| 156  MSIF MONEY MARKET | A | INTEREST | J | T | | | | | |
| 157  CITIBANK CHECKING ACCOUNT | | NONE | K | T | | | | | |
| 158  CITIBANK ASSET ACCOUNT | | NONE | L | T | | | | | |
| 159  CITIBANK CASH RESERVE ACCOUNT | F | INTEREST | P1 | T | | | | | |
| 160  CITIBANK INTEREST CHECKING ACCOUNT # 2 | A | INTEREST | K | T | OPENED ACCOUNT | 12/16 | K | | |
| 161  BEAR, STEARNS ACCOUNT #1 ( SEE NOTE 3 IN SECTION VIII) | | NONE | J | T | | | | | |
| 162  NEUBERGER BERMAN INSTL LIQDTY SER INSTL CASH | C | DIVIDEND | L | T | OPENED ACCOUNT | 3/11 | P1 | | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 163 | BLACKROCK FUNDS MONEY MARKET | B | DIVIDEND | | | OPENED ACCOUNT | 4/29 | L | | |
| 164 | | | | | | CLOSED ACCOUNT | 11/30 | L | | |
| 165 | DEUTSCHE BANK ALEX BROWN MONEY MARKET ( X) | A | INTEREST | J | T | | | | | |
| | FOUNDATION COMMON STOCKS ( LINES 166-173) : | | | | | | | | | |
| 166 | ABBOTT LABORATORIES | D | DIVIDEND | N | T | | | | | |
| 167 | ALTRIA GROUP INC | D | DIVIDEND | N | T | | | | | |
| 168 | ANHEUSER BUSCH COS INC | C | DIVIDEND | M | T | | | | | |
| 169 | BANK OF AMERICA | D | DIVIDEND | M | T | | | | | |
| 170 | DYERSBURG CORP | | NONE | J | T | | | | | |
| 171 | GENERAL ELECTRIC CO | C | DIVIDEND | M | T | | | | | |
| 172 | MBNA<br>( SEE NOTE 4 IN SECTION VIII) | C | DIVIDEND | | | SOLD | 11/18 | N | | |
| 173 | UNITED TECHNOLOGIES CORP | C | DIVIDEND | N | T | | | | | |
| | INVESTMENTS IN NON-PUBLIC COMPANIES ( LINES 174-283) ( SEE NOTES 5, 6 & 7 IN SECTION VIII) | | | | | | | | | |
| 174 | ARIZONA SNOWBOWL ( AKA SUNWEST HOLDINGS)<br>( SEE NOTE 1 IN SECTION VIII) | | NONE | N | W | DISTRIBUTION | 3/22 | K | | |
| 175 | ENTERTAINMENT ACQUISITION<br>( SEE NOTES 1 & 19 IN SECTION VIII) | C | K-1 DISTR | | | | | | | |
| 176 | CARTOON CUTS<br>( SEE NOTE 1 IN SECTION VIII) | | NONE | J | W | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 177 ROCHE SPORTS LLC ( SEE NOTES 1, 16 & 22 IN SECTION VIII) | | | | | | | | | |
| 178 COSMOS PARTNERS ( FKA EVALUATION ASSOCIATES) ( SEE NOTE 23 IN SECTION VIII) | D | K-1 DISTR | L | V | DISTRIBUTION | 1/14 | J | | |
| 179 | | | | | NOTE PROCEEDS | 1/14 | K | | |
| 180 | | | | | ADDITIONAL SALE PROCEEDS | 3/23 | N | G | |
| 181 | | | | | DISTRIBUTION | 6/15 | K | | |
| 182 MOORINGS/NAUTICAL HOLDINGS ( MOORINGS/VIKING) ( SEE NOTES 1 & 22 IN SECTION VIII) | | | | | | | | | |
| 183 NEW RIVER/BEAVERTOWN ( SEE NOTE 28 IN SECTION VIII) | | | | | | | | | |
| 184 TAMPA BAY DEVIL RAYS ( SEE NOTES 1 & 16 IN SECTION VIII) | | NONE | N | W | | | | | |
| 185 FRESH DIRECT | | NONE | O | W | | | | | |
| 186 OFFIT HALL ( SEE NOTE 9 IN SECTION VIII) | E | K-1 DISTR | N | W | DISTRIBUTION | 4/1 | J | | |
| 187 OPUS MEDIA PARTNERS ( SEE NOTE 9 IN SECTION VIII) | | NONE | O | W | ADDITIONAL INVESTMENT | 6/28 | N | | |
| 188 BEAR STEARNS MERCHANT BANK II ( SEE NOTES 9 & 16 IN SECTION VIII) | E | INT/DIV/ K-1 DISTR | O | W | ADDITIONAL INVESTMENT | 1/21 | K | | |
| 189 | | | | | RETURN OF CAPITAL | 1/21 | J | | |
| 190 | | | | | ADDITIONAL INVESTMENT | 3/22 | L | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| | | | | | RETURN OF CAPITAL | 3/22 | K | | |
| | | | | | ADDITIONAL INVESTMENT | 5/13 | L | | |
| | | | | | RETURN OF CAPITAL | 5/13 | J | | |
| | | | | | ADDITIONAL INVESTMENT | 7/27 | J | | |
| | | | | | RETURN OF CAPITAL | 7/27 | K | | |
| | | | | | DISTRIBUTION | 7/27 | K | | |
| | | | | | ADDITIONAL INVESTMENT | 9/30 | J | | |
| | | | | | DISTRIBUTION | 9/30 | K | | |
| | | | | | ADDITIONAL INVESTMENT | 11/16 | K | | |
| BIRDS EYE FOODS  ( FKA AGRILINK)<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| ADVANCED ORGANICS<br>( SEE NOTES 8 & 17 IN SECTION VIII) | | NONE | | | RETURN OF CAPITAL | 10/26 | J | | |
| BORDER MEDIA<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | | | | | |
| AEARO  ( FKA CABOT SAFETY CORP)<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | K | W | REDEEMED PREFERRED STOCK | 6/8 | K | | |
| | | | | | RETURN OF CAPITAL | 8/17 | L | | |
| DYNA VOX<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | RECAPITALIZATION | 5/27 | L | C | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>( A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>( J - P) | (2)<br>VALUE<br>METHOD<br>( Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>( J - P) | (4)<br>GAIN<br>CODE<br>( A - H) | (5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 206 | REDPRAIRIE CORP  ( FKA MCHUGH SOFTWARE)<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | | | SOLD | 6/8 | N | G | FRANCISCO<br>PARTNERS |
| 207 | VESTAR CAPITAL PARTNERS  ( I)<br>( SEE NOTES 10 & 11 IN SECTION VIII) | | NONE | | | | | | | |
| 208 | VESTAR EQUITY PARTNERS/ASSOC. ( II)<br>( SEE NOTE 10 IN SECTION VIII) | D | K-1 DISTR/<br>INTEREST | | | | | | | |
| 209 | VESTAR CAPITAL PARTNERS/ASSOC. ( III)<br>( SEE NOTES 10 & 16 IN SECTION VIII) | | NONE | | | | | | | |
| 210 | VESTAR CAPITAL PARTNERS/ASSOC. ( IV & AIV)<br>( SEE NOTES 10 & 16 IN SECTION VIII) | | NONE | L | W | | | | | |
| 211 | GOLD TOE  ( FKA CLUETT AMERICAN)<br>( SEE NOTE 17 IN SECTION VIII) | C | INTEREST | N | W | | | | | |
| 212 | CONSOLIDATED CONTAINER<br>( SEE NOTE 17 IN SECTION VIII) | D | INTEREST | P1 | W | DEBT REFINANCING | 4/11 | K | C | |
| 213 | ST JOHNS KNITS<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | | | | | |
| 214 | TRANSMONTAIGNE<br>( SEE NOTE 17 IN SECTION VIII) | C | DIVIDEND | | | PARTIAL SALE | 4/11 | L | D | |
| 215 | | | | | | SOLD | 7/18 | L | E | |
| 216 | VALOR COMMUNICATIONS<br>( SEE NOTE 17 IN SECTION VIII) | E | DIVIDEND | O | W | PARTIAL SALE | 3/29 | L | E | |
| 217 | | | | | | RECEIVED ADDL PROCEEDS | 4/11 | K | E | |
| 218 | ARGO TECH | | NONE | N | W | INITIAL INVESTMENT | 10/25 | N | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| ( SEE NOTE 17 IN SECTION VIII) | | | | | | | | | |
| 219 | | | | | RETURN OF OVERFUNDING | 12/2 | J | | |
| 220 CESARE FIORUCCI ( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | INITIAL INVESTMENT | 3/22 | O | | |
| 221 DUFF & PHELPS ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 9/28 | N | | |
| 222 | | | | | RETURN OF OVERFUNDING | 12/2 | J | | |
| 223 ESSENT HEALTHCARE ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | | | | | |
| 224 GLEASON CORP ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | | | | | |
| 225 MCG CREDIT CORP ( SEE NOTE 17 IN SECTION VIII) | D | DIVIDEND | | | PARTIAL SALE | 2/7 | M | D | |
| 226 | | | | | SOLD | 3/3 | M | D | |
| 227 OGF GROUP ( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | RECAPITALIZATION | 5/27 | N | E | |
| 228 | | | | | RETURN OF CAPITAL | 8/5 | M | | |
| 229 SAB WABCO ( SEE NOTES 17 & 21 IN SECTION VIII) | | NONE | | | RECEIVED ADDITIONAL PROCEEDS | 3/3 | L | F | |
| 230 FL SELENIA ( SEE NOTE 17 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 231 SOLO CUP COMPANY ( SEE NOTE 17 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 232 SUNRISE MEDICAL | | NONE | O | W | RETURN OF CAPITAL | 12/28 | L | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| (SEE NOTE 17 IN SECTION VIII) | | | | | | | | | |
| SYMETRA FINANCIAL<br>(SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | | | | | |
| VALIDUS HOLDINGS<br>(SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | INITIAL INVESTMENT | 12/7 | O | | |
| WILTON RE HOLDINGS<br>(SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | ADDITIONAL INVESTMENT | 1/3 | L | | |
| | | | | | ADDITIONAL INVESTMENT | 7/1 | J | | |
| | | | | | ADDITIONAL INVESTMENT | 10/19 | M | | |
| ZANUSSI METALLURGICA<br>(SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | | | | | |
| NEWSPAPER MEDIA/ENTERPRISE NEWSMEDIA<br>(SEE NOTES 1, 7 & 12 IN SECTION VIII) | H1 | INTEREST | P2 | W | RECEIVED NOTE REPAYMENT | 2/28 | N | | |
| | | | | | DISTRIBUTION | 4/6 | O | | |
| FLAG VENTURE PARTNERS<br>(SEE NOTE 9 IN SECTION VIII) | F | DIV/INT/<br>K-1 DISTR | P1 | W | ADDITIONAL INVESTMENT | 1/21 | M | | |
| | | | | | DISTRIBUTION | 3/24 | K | | |
| | | | | | ADDITIONAL INVESTMENT | 4/27 | M | | |
| | | | | | DISTRIBUTION | 6/28 | K | | |
| | | | | | ADDITIONAL INVESTMENT | 8/2 | L | | |
| | | | | | DISTRIBUTION | 9/13 | K | | |
| | | | | | ADDITIONAL INVESTMENT | 10/11 | L | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 248 | | | | | DISTRIBUTION | 11/23 | K | | |
| 249 | | | | | DISTRIBUTION | 12/20 | K | | |
| 250 | | | | | ADDITIONAL INVESTMENT | 12/30 | L | | |
| 251 RED ABBEY<br>( SEE NOTE 9 IN SECTION VIII) | C | K-1 DISTR | M | W | ADDITIONAL INVESTMENT | 1/18 | K | | |
| 252 | | | | | ADDITIONAL INVESTMENT | 9/12 | L | | |
| 253 | | | | | DISTRIBUTION | 9/23 | J | | |
| 254 | | | | | DISTRIBUTION | 12/1 | J | | |
| 255 SENTINEL CAPITAL PARTNERS/SENTINEL PARTNERS ( I)<br>( SEE NOTE 10 IN SECTION VIII) | B | K-1 DISTR | | | | | | | |
| 256 SENTINEL CAPITAL PARTNERS/SENTINEL PARTNERS ( II)<br>( SEE NOTES 10 & 16 IN SECTION VIII) | · H-1 | K-1 DISTR | | | | | | | |
| 257 SENTINEL CAPITAL PARTNERS  ( III)<br>( SEE NOTES 10 & 25 IN SECTION VIII) | D | K-1 DISTR | | | | | | | |
| 258 FALCON<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | | | SOLD | 5/26 | P1 | H1 | SOLD TO<br>MANAGEMENT |
| 259 ALEMITE HOLDINGS<br>( SEE NOTE 17 IN SECTION VIII) | C | INTEREST | P1 | W | | | | | |
| 260 FASLOC<br>( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 12/9 | N | | |
| 261 FLORAL PLANT GROWERS | | NONE | | | ADDITIONAL SALE PROCEEDS | 2/15 | K | E | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| ( SEE NOTES 17 & 24 IN SECTION VIII) | | | | | ADDITIONAL SALE PROCEEDS | 2/18 | J | D | |
| HASCO ( SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | | | | | |
| MADILL CORP ( SEE NOTE 17 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 6/9 | N | | |
| METROPOLITAN DENTAL ( SEE NOTE 17 IN SECTION VIII) | | NONE | M | W | INITIAL INVESTMENT | 5/19 | M | | |
| NIVEL ( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | | | | | |
| NORSUN FOOD GROUP ( SEE NOTE 17 IN SECTION VIII) | | NONE | | | SOLD | 12/16 | J | | Dickinson Frozen Foods |
| | | | | | ADDITIONAL SALE PROCEEDS | 12/19 | J | | |
| ROMACORP ( SEE NOTES 8 & 17 IN SECTION VIII) | | NONE | | | | | | | |
| BUFFETS INC ( SEE NOTE 17 IN SECTION VIII) | | NONE | O | W | | | | | |
| SPINRITE ( SEE NOTE 17 IN SECTION VIII) | F | DIVIDEND | O | W | SOLD | 2/9 | P2 | H1 | |
| | | | | | RECEIVED STAKE IN COMPANY | 2/9 | P1 | | |
| | | | | | ADDITIONAL SALE PROCEEDS | 2/15 | O | G | |
| | | | | | ADDITIONAL SALE PROCEEDS | 5/26 | M | G | |
| | | | | | ADDITIONAL SALE PROCEEDS | 9/20 | P1 | H1 | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 276 SCIENS CAPITAL PARTNERS ( SEE NOTES 8, 9 & 16 IN SECTION VIII) | E | K-1 DISTR | | | DISTRIBUTION | 3/15 | J | | |
| 277 | | | | | DISTRIBUTION | 7/27 | K | | |
| 278 | | | | | DISTRIBUTION | 8/19 | J | | |
| 279 PARK AVENUE PARTNERS ( SEE NOTE 9 IN SECTION VIII) | | NONE | P1 | W | DISTRIBUTION | 3/14 | J | | |
| 280 | | | | | ADDITIONAL INVESTMENT | 3/29 | N | | |
| 281 | | | | | RETURN OF CAPITAL | 3/29 | J | | |
| 282 | | | | | DISTRIBUTION | 5/27 | K | | |
| 283 | | | | | DISTRIBUTION | 7/7 | M | | |
| OTHER INVESTMENTS/NOTES RECEIVABLE: 284 CHESAPEAKE PARTNERS ( SEE NOTE 1 IN SECTION VIII) | G | K-1 DISTR | P2 | U | | | | | |
| 285 FARALLON CAPITAL PARTNERS ( SEE NOTES 1 & 16 IN SECTION VIII) | G | K-1 DISTR | P1 | U | | | | | |
| 286 BLUE AND GRAY PARTNERSHIP ( SEE NOTES 1 & 18 IN SECTION VIII) | | NONE | K | V | | | | | |
| 287 F.E. RICHARDSON & CO ( SEE NOTES 1 & 13 IN SECTION VIII) | | NONE | J | V | ADDITIONAL INVESTMENT | 9/30 | K | | |
| 288 | | | | | ADDITIONAL INVESTMENT | 11/2 | K | | |
| 289 | | | | | ADDITIONAL INVESTMENT | 12/2 | K | | |
| 290 RACE HORSES | | NONE | L | W | | | | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 291 | OP40 INC ( SEE NOTE 5 IN SECTION VIII) | | NONE | L | W | | | | | |
| 292 | OMNIA FUND | | NONE | | | WITHDREW ALL FUNDS | 6/10 | N | | |
| 293 | OSCAR S SCHAFER PARTNERS II ( SEE NOTE 1 IN SECTION VIII) | G | K-1 DISTR | P1 | U | | | | | |
| 294 | VANTIS PARTNERS II | | NONE | | | PARTIAL WITHDRAWAL | 1/10 | P1 | E | |
| 295 | | | | | | WITHDREW ALL FUNDS | 4/6 | K | A | |
| 296 | NOTE RECEIVABLE - ELIZABETH REILLY ( ACTUAL AMOUNT OF LOAN USED TO DETERMINE MV) | | NONE | K | V | LOAN | 11/2 | J | | |
| 297 | | | | | | ADDITIONAL LOAN | 11/3 | K | | |
| | PROFIT SHARING PLAN FUNDS: | | | | | | | | | |
| 298 | --- ING GOLDMAN SACHS CORE EQUITY | | NONE | M | T | | | | | |
| 299 | --- AMERICAN BALANCED FUND | | NONE | L | T | | | | | |
| 300 | GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #4 | A | DIVIDEND | J | T | | | | | |
| 301 | CITIBANK INTEREST CHECKING ACCOUNT #2 | A | INTEREST | J | T | | | | | |
| 302 | ENTERPRISE NEWSMEDIA, INC. ( SEE NOTES 1 & 14 IN SECTION VIII) | | NONE | M | V | | | | | |
| 303 | ABBOTT LABORATORIES COMMON STOCK | A | DIVIDEND | | | SOLD | 5/19 | K | D | |
| 304 | AUTOMATIC DATA PROCESSING INC COMMON STOCK | A | DIVIDEND | | | SOLD | 4/1 | L | D | |
| 305 | BANK OF AMERICA COMMON STOCK | B | DIVIDEND | | | PARTIAL SALE | 5/19 | K | D | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 306 | | | | | SOLD | 10/24 | K | D | |
| 307  BLACKROCK INC COMMON STOCK | A | DIVIDEND | L | T | PURCHASE | 10/24 | L | | |
| 308  COCA COLA CO COMMON STOCK | A | DIVIDEND | | | SOLD | 4/1 | L | D | |
| 309  CONOCOPHILLIPS COMMON STOCK | B | DIVIDEND | L | T | PURCHASE | 4/1 | L | | |
| 310  GEN PROBE INC COMMON STOCK | | NONE | K | T | | | | | |
| 311  HOME DEPOT INC COMMON STOCK | B | DIVIDEND | M | T | PARTIAL SALE | 5/19 | K | D | |
| 312  HOSPIRA, INC COMMON STOCK | | NONE | | | SOLD | 4/1 | J | B | |
| 313  JOHNSON & JOHNSON COMMON STOCK | B | DIVIDEND | L | T | | | | | |
| 314  LUCENT TECHNOLOGIES CONV PREFD | | NONE | J | T | | | | | |
| 315  MEDTRONIC COMMON STOCK | A | DIVIDEND | L | T | | | | | |
| 316  SONIC CORP COMMON STOCK | | NONE | L | T | PURCHASE | 5/19 | L | | |
| 317 | | | | | PURCHASE | 5/20 | K | | |
| 318  STATE STREET CORPORATION COMMON STOCK | A | DIVIDEND | | | SOLD | 4/1 | K | | |
| 319  STRYKER CORP COMMON STOCK | A | DIVIDEND | L | T | | | | | |
| 320  SUNCOR ENERGY COMMON STOCK | A | DIVIDEND | L | T | PURCHASE | 4/1 | L | | |
| 321  SYSCO CORP COMMON STOCK | A | DIVIDEND | | | SOLD | 10/24 | K | D | |
| 322  TYCO INT'L COMMON STOCK | A | DIVIDEND | K | T | | | | | |

| A. | B. | | C. | | D. | | | | |
|----|----|----|----|----|----|----|----|----|----|
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 455  --- FPL GROUP INC | | | | | PARTIALLY DISTRIBUTED | 9/19 | K | | |
| 456 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 457  --- LUCENT TECHNOLOGIES INC WARRANTS | | | | | RECVD FROM CLASS ACTION SETTLEMENT | 1/3 | J | | |
| 458 | | | | | SOLD | 10/5 | J | A | |
| 459  --- PFIZER INC | | | | | SOLD | 3/21 | M | | |
| 460  --- USA TREASURY BILL | | | | | PURCHASE | 10/12 | P1 | | |
| 461  TRUST #5  ( FKA TRUST #6) ( SEE NOTE 27 IN SECTION VIII) | D | INT/DIV | | | DISTRIBUTION | 5/4 | N | | |
| 462 | | | | | DISTRIBUTION | 5/10 | J | | |
| 463  --- BLACKROCK LIQUIDITY FUNDS | | | | | SOLD | 5/31 | N | | |
| COMMON STOCKS: 464  --- GENERAL ELECTRIC CO | | | | | DISTRIBUTED | 5/4 | K | | |
| 465  --- UNITED TECHNOLOGIES CORP | | | | | DISTRIBUTED | 5/4 | K | | |
| 466  --- HOME DEPOT | | | | | DISTRIBUTED | 5/4 | J | | |
| 467  --- OMNICOM GROUP INC | | | | | PARTIAL SALE | 4/21 | J | A | |
| 468 | | | | | DISTRIBUTED | 5/4 | J | | |
| 469  --- COSTCO WHOLESALE CORP | | | | | PARTIAL SALE | 4/21 | J | A | |
| 470 | | | | | DISTRIBUTED | 5/4 | J | | |

| | A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 471 | --- SYSCO CORP | | | | | DISTRIBUTED | 5/4 | J | | |
| 472 | --- WAL-MART STORES INC | | | | | DISTRIBUTED | 5/4 | K | | |
| 473 | --- CONOCOPHILLIPS | | | | | DISTRIBUTED | 5/4 | K | | |
| 474 | --- AMERICAN INTERNATIONAL GROUP INC | | | | | PARTIAL SALE | 4/21 | J | | |
| 475 | | | | | | DISTRIBUTED | 5/4 | K | | |
| 476 | --- FEDERAL HOME LOAN MTG CORP | | | | | PARTIAL SALE | 4/21 | J | | |
| 477 | | | | | | DISTRIBUTED | 5/4 | K | | |
| 478 | --- CISCO SYSTEMS INC | | | | | PARTIAL SALE | 4/21 | J | | |
| 479 | | | | | | DISTRIBUTED | 5/4 | J | | |
| 480 | --- DELL INC | | | | | PARTIAL SALE | 4/21 | J | A | |
| 481 | | | | | | DISTRIBUTED | 5/4 | L | | |
| 482 | --- E M C CORP | | | | | PARTIAL SALE | 4/21 | J | | |
| 483 | | | | | | DISTRIBUTED | 5/4 | J | | |
| 484 | --- MICROSOFT CORP | | | | | PARTIAL SALE | 4/21 | J | | |
| 485 | | | | | | DISTRIBUTED | 5/4 | L | | |
| 486 | --- ORACLE CORP | | | | | PARTIAL SALE | 4/21 | J | | |
| 487 | | | | | | DISTRIBUTED | 5/4 | J | | |
| 488 | --- TEXAS INSTRUMENTS INC | | | | | PARTIAL SALE | 4/21 | J | | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 489 | | | | | | DISTRIBUTED | 5/4 | J | | |
| 490 | --- FPL GROUP INC | | | | | DISTRIBUTED | 5/4 | K | | |
| 491 | --- JOHNSON & JOHNSON | | | | | PARTIAL SALE | 4/21 | J | A | |
| 492 | | | | | | DISTRIBUTED | 5/4 | L | | |
| 493 | --- LILLY ELI & CO | | | | | PARTIAL SALE | 4/21 | J | | |
| 494 | | | | | | DISTRIBUTED | 5/4 | K | | |
| 495 | --- MEDTRONIC INC | | | | | PARTIAL SALE | 4/21 | J | | |
| 496 | | | | | | DISTRIBUTED | 5/4 | J | | |
| 497 | --- ZIMMER HOLDINGS | | | | | PARTIAL SALE | 4/21 | J | A | |
| 498 | | | | | | DISTRIBUTED | 5/4 | K | | |
| 499 | --- SBC COMMUNICATIONS | | | | | DISTRIBUTED | 5/4 | J | | |
| 500 | MUTUAL FUNDS:<br>--- ISHARES TR - S&P SMALLCAP 600 INDEX FUND | | | | | PARTIAL SALE | 4/21 | J | A | |
| 501 | | | | | | DISTRIBUTED | 5/4 | J | | |
| 502 | --- MIDCAP SPDR TR STANDARD & POORS | | | | | PARTIAL SALE | 4/21 | J | A | |
| 503 | | | | | | DISTRIBUTED | 5/4 | K | | |
| 504 | TRUST #6  (FKA TRUST #7)<br>( SEE NOTE 27 IN SECTION VIII) | D | VARIOUS | | | DISTRIBUTION | 5/4 | L | | |
| 505 | | | | | | DISTRIBUTION | 6/17 | J | | |
| 506 | --- BLACKROCK LIQUIDITY FUNDS | | | | | SOLD | 5/31 | F | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
| COMMON STOCKS: | | | | | | | | | |
| --- GENERAL ELECTRIC CO | | | | | PARTIAL SALE | 4/21 | J | | |
| | | | | | DISTRIBUTED | 5/4 | K | | |
| --- UNITED PARCEL SERVICE | | | | | SOLD | 3/21 | K | D | |
| --- HOME DEPOT INC | | | | | PARTIAL SALE | 4/21 | J | | |
| | | | | | DISTRIBUTED | 5/4 | K | | |
| --- OMNICOM GROUP INC | | | | | DISTRIBUTED | 5/4 | K | | |
| --- VIACOM INC | | | | | DISTRIBUTED | 5/4 | J | | |
| --- COCA COLA CO | | | | | PARTIAL SALE | 4/21 | J | | |
| | | | | | DISTRIBUTED | 5/4 | K | | |
| --- SYSCO CORP | | | | | PARTIAL SALE | 4/21 | J | A | |
| | | | | | DISTRIBUTED | 5/4 | K | | |
| --- WAL-MART STORES INC | | | | | PARTIAL SALE | 4/21 | J | | |
| | | | | | DISTRIBUTED | 5/4 | K | | |
| --- ROYAL DUTCH PETE CO | | | | | SOLD | 3/21 | K | C | |
| --- SCHLUMBERGER LTD | | | | | PARTIAL SALE | 4/21 | J | A | |
| | | | | | DISTRIBUTED | 5/4 | L | | |
| --- AMERICAN INTERNATIONAL GROUP INC | | | | | PARTIAL SALE | 4/21 | J | | |
| | | | | | DISTRIBUTED | 5/4 | K | | |

| A. | B. | | C. | | D. | | | | |
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | ( 1) AMT CODE ( A - H) | ( 2) TYPE | ( 1) VALUE CODE ( J - P) | ( 2) VALUE METHOD ( Q - W) | ( 1) TYPE | ( 2) DATE | ( 3) VALUE CODE ( J - P) | ( 4) GAIN CODE ( A - H) | ( 5) IDENTITY ( IF PRIVATE) |
|---|---|---|---|---|---|---|---|---|---|
| 525  --- BERKLEY W R CORP | | | | | DISTRIBUTED | 5/4 | J | | |
| 526  --- FANNIE MAE | | | | | DISTRIBUTED | 5/4 | K | | |
| 527  --- MORGAN STANLEY | | | | | DISTRIBUTED | 5/4 | L | | |
| 528  --- WELLS FARGO & COMPANY | | | | | DISTRIBUTED | 5/4 | L | | |
| 529  --- AUTOMATIC DATA PROCESSING INC | | | | | PARTIAL SALE | 4/21 | J | | |
| 530 | | | | | DISTRIBUTED | 5/4 | K | | |
| 531  --- CISCO SYSTEMS INC | | | | | PARTIAL SALE | 4/21 | J | A | |
| 532 | | | | | DISTRIBUTED | 5/4 | L | | |
| 533  --- FIRST DATA CORP | | | | | DISTRIBUTED | 5/4 | J | | |
| 534  --- INTEL CORP | | | | | PARTIAL SALE | 4/21 | J | A | |
| 535 | | | | | DISTRIBUTED | 5/4 | L | | |
| 536  --- MICROSOFT CORP | | | | | PARTIAL SALE | 4/21 | J | A | |
| 537 | | | | | DISTRIBUTED | 5/4 | L | | |
| 538  --- ORACLE CORP | | | | | PARTIAL SALE | 4/21 | J | A | |
| 539 | | | | | DISTRIBUTED | 5/4 | K | | |
| 540  --- FPL GROUP INC | | | | | PARTIAL SALE | 4/21 | J | A | |
| 541 | | | | | DISTRIBUTED | 5/4 | K | | |
| 542  --- AMGEN INC | | | | | DISTRIBUTED | 5/4 | M | | |
| 543  --- BECTON DICKINSON & CO | | | | | DISTRIBUTED | 5/4 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 544  --- JOHNSON & JOHNSON | | | | | DISTRIBUTED | 5/4 | L | | |
| 545  --- WYETH | | | | | PARTIAL SALE | 4/21 | J | A | |
| 546 | | | | | DISTRIBUTED | 5/4 | L | | |
| 547  --- ZIMMER HOLDINGS | | | | | DISTRIBUTED | 5/4 | K | | |
| 548  --- VERIZON COMMUNICATIONS INC | | | | | PARTIAL SALE | 4/21 | J | A | |
| 549 | | | | | DISTRIBUTED | 5/4 | K | | |
| MUTUAL FUNDS: | | | | | | | | | |
| 550  --- ISHARES TR S&P SMALLCAP 600 INDEX FUND | | | | | PARTIAL SALE | 4/21 | J | A | |
| 551 | | | | | DISTRIBUTED | 5/4 | L | | |
| 552  --- MIDCAP SPDR TR STANDARD & POORS | | | | | PARTIAL SALE | 4/21 | J | A | |
| 553 | | | | | DISTRIBUTED | 5/4 | L | | |
| 554  ESTATE ACCOUNT | A | DIVIDEND | L | T | | | | | |
| 555  --- BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 556  --- OTHER PERSONALTY | | | | | | | | | |
| 557  TRUST #7 | B | DIVIDEND | M | T | | | | | |
| 558  --- BLACKROCK LIQUIDITY FUNDS | | | | | OPENED ACCOUNT | 5/31 | L | | |
| COMMON STOCKS: | | | | | | | | | |
| 559  --- GENERAL ELECTRIC CO  ( X) | | | | | | | | | |
| 560  --- UNITED TECHNOLOGIES CORP  ( X) | | | | | | | | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 561  --- HOME DEPOT  ( X) | | | | | | | | | |
| 562  --- OMNICOM GROUP INC  ( X) | | | | | | | | | |
| 563  --- COSTCO WHOLESALE CORP  ( X) | | | | | | | | | |
| 564  --- SYSCO CORP  ( X) | | | | | | | | | |
| 565  --- WAL-MART STORES INC  ( X) | | | | | | | | | |
| 566  --- CONOCOPHILLIPS  ( X) | | | | | | | | | |
| 567  --- AMERICAN INTERNATIONAL GROUP INC  ( X) | | | | | | | | | |
| 568  --- FEDERAL HOME LOAN MTG CORP  ( X) | | | | | | | | | |
| 569  --- CISCO SYSTEMS INC  ( X) | | | | | | | | | |
| 570  --- DELL INC  ( X) | | | | | | | | | |
| 571  --- E M C CORP  ( X) | | | | | | | | | |
| 572  --- MICROSOFT CORP  ( X) | | | | | | | | | |
| 573  --- ORACLE CORP  ( X) | | | | | | | | | |
| 574  --- TEXAS INSTRUMENTS INC  ( X) | | | | | | | | | |
| 575  --- FPL GROUP INC  ( X) | | | | | | | | | |
| 576  --- JOHNSON & JOHNSON  ( X) | | | | | | | | | |
| 577  --- LILLY ELI & CO  ( X) | | | | | | | | | |
| 578  --- MEDTRONIC INC  ( X) | | | | | | | | | |
| 579  --- ZIMMER HOLDINGS  ( X) | | | | | | | | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 580 --- AT&T INC ( X)  ( FKA SBC COMMUNICATIONS) | | | | | | | | | |
| MUTUAL FUNDS: | | | | | | | | | |
| 581 --- ISHARES TR - S&P SMALLCAP 600 INDEX FUND  ( X) | | | | | | | | | |
| 582 --- MIDCAP SPDR TR STANDARD & POORS  ( X) | | | | | | | | | |
| 583 TRUST #8 | B | DIVIDEND | M | T | | | | | |
| 584 --- BLACKROCK LIQUIDITY FUNDS | | | | | OPENED ACCOUNT | 5/31 | J | | |
| COMMON STOCKS: | | | | | | | | | |
| 585 --- GENERAL ELECTRIC CO  ( X) | | | | | | | | | |
| 586 --- HOME DEPOT INC  ( X) | | | | | | | | | |
| 587 --- OMNICOM GROUP INC  ( X) | | | | | | | | | |
| 588 --- VIACOM INC  ( X) | | | | | | | | | |
| 589 --- COCA COLA CO  ( X) | | | | | | | | | |
| 590 --- SYSCO CORP  ( X) | | | | | | | | | |
| 591 --- WAL-MART STORES INC  ( X) | | | | | | | | | |
| 592 --- SCHLUMBERGER LTD  ( X) | | | | | | | | | |
| 593 --- AMERICAN INTERNATIONAL GROUP INC  ( X) | | | | | | | | | |
| 594 --- BERKLEY W R CORP  ( X) | | | | | | | | | |
| 595 --- FANNIE MAE  ( X) | | | | | | | | | |
| 596 --- MORGAN STANLEY  ( X) | | | | | | | | | |

| | A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 597 | --- WELLS FARGO & COMPANY (X) | | | | | | | | | |
| 598 | --- AUTOMATIC DATA PROCESSING INC (X) | | | | | | | | | |
| 599 | --- CISCO SYSTEMS INC (X) | | | | | | | | | |
| 600 | --- FIRST DATA CORP (X) | | | | | | | | | |
| 601 | --- INTEL CORP (X) | | | | | | | | | |
| 602 | --- MICROSOFT CORP (X) | | | | | | | | | |
| 603 | --- ORACLE CORP (X) | | | | | | | | | |
| 604 | --- FPL GROUP INC (X) | | | | | | | | | |
| 605 | --- AMGEN INC (X) | | | | | | | | | |
| 606 | --- BECTON DICKINSON & CO (X) | | | | | | | | | |
| 607 | --- JOHNSON & JOHNSON (X) | | | | | | | | | |
| 608 | --- WYETH (X) | | | | | | | | | |
| 609 | --- ZIMMER HOLDINGS (X) | | | | | | | | | |
| 610 | --- VERIZON COMMUNICATIONS INC (X) | | | | | | | | | |
| | MUTUAL FUNDS: | | | | | | | | | |
| 611 | --- ISHARES TR S&P SMALLCAP 600 INDEX FUND (X) | | | | | | | | | |
| 612 | --- MIDCAP SPDR TR STANDARD & POORS (X) | | | | | | | | | |
| 613 | RENTAL PROPERTY #3 - NEW YORK, NY | D | RENT | O | W | PURCHASE | 6/15 | O | | |

ADS - 5/8/2006
Disk: 2005 Disclosure File: 05discl

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

See attached

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS

### NOTE 1

If there was either a partial withdrawal or no withdrawal from this S corporation or partnership during the reporting year, all K-1 activity (interest, dividends, capital gains, ordinary income, etc.) was netted together, and, if that net figure was larger than the required income threshold, it was included in Column B.(1) with Column B.(2) noting "K-1 DISTR" (K-1 Distribution). If the K-1 activity netted to a loss, then Column B.(1) was left blank and "NONE" was included in Column B.(2).

If the S Corporation or partnership interest was either sold or fully withdrawn from during the reporting year, the capital gain amount is included in Column D along with other transaction details. The remaining K-1 figures were netted together, and if larger than the required income threshold, included in Column B.(1) with Column B.(2) noting "K-1 DISTR".

Both of the above approaches were obtained from Mr. George Reynolds, Financial Disclosure Examiner.

### NOTE 2

This bond is a zero coupon bond. Therefore, there is no interest paid to the holder. However, the financial institution does report Original Issue Discount (OID) to the holder and that is the amount that is included on this report.

### NOTE 3

This is an investment account with a core cash account attached. All of the stock/mutual fund investments are listed separately on this report. Neither the income nor the cash balance at year-end met the threshold for reporting. However, since there are other reportable accounts at this financial institution, this account is deemed reportable.

### NOTE 4

The gain/loss on the Foundation's stock sales is calculated on a book basis not a tax basis.

### NOTE 5

There are many investments in non-public companies. The estimated market values used for all such investments are based upon the current knowledge of the worth of such companies, discussions with the companies' management and company issued reports.

**NOTE 6**
Some of the investments in non-public companies include an equity piece and a debt piece (note receivable). The two pieces are not reported separately in Section VII because the valuations of the companies already include both pieces.

**NOTE 7**
For those entities which issued K-1s, if the K-1 netted to a loss but there was another source of income from the entity, the source of the other income is listed instead of "NONE". If there was K-1 income and an additional source of income, both amounts were summed to determine the code for Column B.(1) and both types of income were noted in Column B.(2).

**NOTE 8**
Although there is an investment in this company, it is considered worthless. Therefore, there is no year-end value code reported in Column C.(1).

**NOTE 9**
There is a limited partnership interest in this entity. Since the filer cannot "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity", *Financial Disclosure Filing Instructions, page 35,* the assets held by the partnership are not reportable.

If the partnership had a capital call for an investment in a specific company, "ADDITIONAL INVESTMENT" is noted in Column D.(1). The name of the underlying company is not listed. Further, if the partnership sold one of its investments and returned funds to the reporting ███ "DISTRIBUTION" is listed in Column D.(1). Neither the name of the underlying company nor the gain amount is listed.

The entity's K-1 is considered the source document for all income from this investment (including capital gains/losses). All K-1 activity was netted together and if greater than the required income threshold, included in Column B.(1) with Column B.(2) noting "K-1 DISTR". If the K-1 activity netted to a loss, then Column B.(1) was left blank and "NONE" was included in Column B.(2).

**NOTE 10**
There are several Vestar and Sentinel Partnerships (See Lines 207-210 and 255-257 in Section VII). The companies they own are all listed separately on this report because the filer "can direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," *Financial Disclosure Filing Instructions, page 35.*

In each of the Vestar and Sentinel Funds, there is both a limited partner (LP) and general partner (GP) interest (each interest is housed in a different partnership). For purposes of this report, the K-1 information for the LP/GP interests of each Fund is combined and included on one line. This approach matches the way the Funds' portfolio companies are included on this report (the GP/LP interests are both included when determining the value code for Column C.(1)).

Each year, there is a K-1 from each of the partnerships. The K-1s summarize all of the ordinary income (loss), portfolio income, capital gains/losses, etc., for all of the underlying companies. To avoid double counting, if an underlying company was sold, the capital gain/loss is included on the line where the actual company is listed and is excluded from the K-1 income reported in Column B.(1) for each of the partnerships.

The remaining K-1 items were netted together. If the net amount was larger than the required income threshold, that amount was included in Column B.(1) with Column B.(2) noting "K-1 DISTR". If the K-1 activity netted to a loss, then "NONE" is included in Column B.(2). As a result, since all K-1 activity is accounted for at the partnership level, the underlying companies which are listed separately do not show any income in Column B.(1) (unless there is an item that is not included on the K-1).

Of the Vestar Funds and the Sentinel Funds, only Vestar IV had a value on the books as of the end of 2005. Therefore, there is no market value reported in Column C.(1) for any of the other funds. Because the Partnerships' portfolio companies are listed separately on this report, the partnerships themselves oftentimes show no market value.

## NOTE 11
Vestar Capital Partners (I) issued its final K-1 in 1999; hence there is no income reported. As of the end of the reporting period, the value of this investment was written down to zero. Therefore, there is no year-end value reported in Column C.(1). However, since Vestar Capital Partners (I) continues to own portfolio companies (listed separately in section VII of this report), it is deemed reportable.

## NOTE 12
There is both an equity interest in this company and a note receivable from this company. The interest on the note is calculated quarterly and added to the value of the note (paid-in-kind interest). During the reporting period, the company paid some of the accrued interest.

## NOTE 13
The filer is the sole shareholder of this S corporation. The company was funded throughout the year in order to cover expenses. According to Dotty Abell, Financial Disclosure Examiner, such amounts should be included as reportable transactions if they meet the value threshold. As a result, any such amounts are included on this report.

The company's assets are limited to office furniture, office equipment, a checking account and a limited partnership interest which is listed separately on this report. The value used to determine the year-end valuation code was the checking account balance plus the office furniture/equipment less accumulated depreciation balance from the 2005 tax return prepared by PriceWaterhouseCoopers.

## NOTE 14
This investment is 1.148% share of the total limited partnership. The filer owns 78.668% of this company. The year-end market value for this investment was determined as follows: .0148/.78668 multiplied by the market value of the filer's piece.

## NOTE 15
The only assets in this irrevocable life insurance trust were a non-interest bearing checking account and a universal life insurance policy. In October, the policy was terminated. As of the end of the year, there were no reportable assets in the trust.

## NOTE 16
This company's 2005 K-1 was not received by the May 15, 2006 Disclosure Report filing date. Therefore, the company's income has been estimated. Once the actual K-1 is received, an amended report will be filed if the income code based on the actual K-1 is different than the code reported in this report. This approach was deemed appropriate by Mr. John Staley, Financial Disclosure Office.

## NOTE 17
This investment is made through either a Vestar or a Sentinel partnership (See Lines 207-210 and 255-257 in Section VII). Since the filer can "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity", *Financial Disclosure Filing Instructions, page 35*, the partnership's assets must be listed separately on this report. As a result, this company is reportable.

All transactions (investments, sales and related gain/(loss), distributions, etc.) are reported for the company. Any K-1 income (excluding gain/(loss) on sales) attributable to the company, however, is included in the partnership's line. If there was income received separate from the K-1 it is recorded in Column B. See Note 10 for more information.

## NOTE 18
The Ending Capital Account value from the entity's 2005 K-1 was used to determine its year-end value code for Column C.(1).

**NOTE 19**
This asset had no value on the books as of the end of the year. Therefore, there is no value code reported in Column C.(1). However, the K-1 reported income over the threshold level so the asset is reportable.

**NOTE 20**
This cash sub-account is attached to margin debt. For monthly statement purposes, the investment bank nets the cash balance against the margin debt. For purposes of this report, the same approach is used. Therefore, we have not shown the cash account in Section VII. Instead, we have netted the cash balance against the total debt amount in order to determine the value code for the liability shown in Section VI.

**NOTE 21**
This company was sold in a prior year. Therefore, there is no year end value reported in Column C.(1).

**NOTE 22**
There is no asset value remaining on the books and there was no K-1 income during 2005. Therefore, this investment is no longer deemed reportable.

**NOTE 23**
This partnership is winding down. In 2004, its consulting business and its fund of funds business were sold. Those businesses made up the bulk of the partnership. Subsequent to the sales, the partnership changed its name to Cosmos Partners.

Milliman purchased the consulting business in a cash/note payable deal. Milliman will make payments against the note over the next three years.

The amount used to determine the code for Column C.(1) was the estimated value of the outstanding Milliman note payments.

**NOTE 24**
This company was sold in 2004; hence, there is no value code reported in Column C.(1). However, additional sales proceeds that were received during 2005 were over the reporting threshold. Therefore, this asset is deemed reportable.

**NOTE 25**
A commitment was made to this Fund on 10/25/2004. However, no capital calls occurred until 2005; therefore, it was not included on the 2004 Financial Disclosure Report. As with Sentinel's prior funds, all portfolio companies are listed separately on this report. See Note 10 for further information.

**NOTE 26**
Since 1993, an outside company has been a co-owner of this life insurance policy through an "Executive Split Dollar Plan". The co-owner decided to terminate the plan as of 12/27/05. The value used to determine the asset's value as of the end of the year was the amount of cash received in 2006 once the Plan was terminated. Since the filer was unaware of this policy until the 4Q of 2005, it was not included on prior reports.

**NOTE 27**
All assets in Trusts #5 and #6 were sold or distributed. Therefore, there is no year end value noted for either Trust. Trust #6 had the following sources of income: interest, dividends, class action settlement proceeds and fee income. All amounts were added together to get the code for Column B.(1). The "Type" in Columns B.(2) reads "Various".

**NOTE 28**
Since escrow interest payments ended in 2004, there was no 2005 income to report. Also, there is no market value on the books for this investment. Therefore, this asset is no longer deemed reportable.

**NOTE 29**
The shares sold on 3/15 were not reportable in prior years because neither the year end value nor the annual income thresholds were met. During the reporting period, the shares were sold and since they had no tax basis the gain amount was over the reporting threshold. The shares sold on 11/3 were received as a gift during 2005 and therefore were not reportable until they were sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date  5 · 12 · 06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 323  UNITED TECHNOLOGIES CORP COMMON STOCK | B | DIVIDEND | M | T | | | | | |
| 324  VALERO ENERGY CORP COMMON STOCK | A | DIVIDEND | L | T | PURCHASE | 4/1 | K | | |
| 325  RENTAL PROPERTY #1 - SEWICKLEY, PA | | NONE | | | SOLD | 11/29 | M | F | |
| 326  RENTAL PROPERTY #2 - BLUE HILL, MAINE | | NONE | | | SOLD | 5/25 | L | F | |
| 327  RENTAL PROPERTY PNC CHECKING ACCOUNT | | NONE | J | T | | | | | |
| 328  PACIFIC LIFE INSURANCE POLICY (SEE NOTE 26 IN SECTION VIII) | | NONE | L | V | | | | | |
| 329  TRUST #1  (FKA TRUST #2) (SEE NOTE 15 IN SECTION VIII) | | | | | | | | | |
| 330  --US LIFE INSURANCE CO UNIVERSAL LIFE POLICY | C | INTEREST | | | POLICY TERMINATED | 10/17 | | | |
| 331  TRUST #2  (FKA TRUST #3) | D | DIV/INT | O | T | | | | | |
| 332  — GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #6/CASH | | | | | | | | | |
| 333  --ABBOTT LABORATORIES COMMON STOCK | | | | | | | | | |
| 334  --ANHEUSER BUSCH COS INC COMMON STOCK | | | | | PARTIAL SALE | 5/19 | K | | |
| 335  --AUTOMATIC DATA PROCESSING COMMON STOCK | | | | | | | | | |
| 336  — BANK OF AMERICA CORP COMMON STOCK | | | | | SOLD | 10/24 | L | D | |
| 337  — GEN PROBE INC COMMON STOCK | | | | | | | | | |
| 338  — HOME DEPOT INC COMMON STOCK | | | | | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 339 --- HOSPIRA, INC COMMON STOCK | | | | | SOLD | 5/19 | J | D | |
| 340 --- JOHNSON & JOHNSON COMMON STOCK | | | | | PARTIAL SALE | 5/19 | J | D | |
| 341 --- LUCENT TECHNOLOGIES CONV PREFD | | | | | | | | | |
| 342 --- MEDTRONIC INC COMMON STOCK | | | | | | | | | |
| 343 --- SYSCO CORP COMMON STOCK | | | | | | | | | |
| 344 --- TYCO INT'L COMMON STOCK | | | | | SOLD | 10/24 | K | | |
| 345 --- WHITE MTNS INS GROUP COMMON STOCK | | | | | | | | | |
| 346 --- PLUM CREEK TIMBER CO INC STOCK | | | | | | | | | |
| 347 TRUST #3 ( FKA TRUST #4) | G | INT/DIV | P1 | T | DISTRIBUTION | 2/23 | M | | |
| 348 | | | | | DISTRIBUTION | 3/8 | K | | |
| 349 | | | | | DISTRIBUTION | 4/15 | N | | |
| 350 | | | | | DISTRIBUTION | 4/20 | L | | |
| 351 | | | | | DISTRIBUTION | 8/19 | M | | |
| 352 | | | | | DISTRIBUTION | 9/26 | J | | |
| 353 --- BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| 354 --- USA TREASURY BILL | | | | | PURCHASE | 10/12 | N | | |
| 355 | | | | | PARTIAL SALE | 12/6 | K | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| MUNICIPAL BONDS: | | | | | | | | | |
| 356  --- ARIZONA ST UNIV REVS | | | | | SOLD | 10/5 | M | | |
| 357  --- BRENTWOOD BORO PA SCH DIST | | | | | MATURED | 1/1 | K | | |
| 358  --- FLORIDA ST DEPT CORRECTIONS | | | | | SOLD | 5/5 | L | | |
| 359  --- HOUSTON TEX UTIL SYS REV | | | | | SOLD | 10/5 | M | | |
| 360  --- KING CNTY WASH | | | | | SOLD | 10/5 | M | | |
| 361  --- ORANGE WTR & SWR AUTH NC | | | | | SOLD | 10/5 | M | | |
| 362  --- SOUTHERN ILL UNIV CTFS PARTN | | | | | SOLD | 9/19 | L | | |
| 363  --- TURLOCK CALIF IRR DIST REV | | | | | SOLD | 9/19 | M | | |
| COMMON STOCKS: | | | | | | | | | |
| 364  --- CATERPILLAR INC | | | | | DISTRIBUTED | 4/14 | N | | |
| 365  --- GENERAL ELECTRIC CO | | | | | PARTIALLY DISTRIBUTED | 4/14 | O | | |
| 366 | | | | | PARTIALLY DISTRIBUTED | 9/19 | L | | |
| 367 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 368  --- HONEYWELL INTL INC | | | | | DISTRIBUTED | 4/14 | M | | |
| 369  --- PITNEY BOWES INC | | | | | DISTRIBUTED | 4/14 | N | | |
| 370  --- TYCO INTL LTD | | | | | PARTIALLY DISTRIBUTED | 9/19 | M | | |
| 371 | | | | | PARTIALLY DISTRIBUTED | 9/21 | L | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 372 --- SONIC CORP | | | | | PARTIALLY DISTRIBUTED | 9/19 | K | | |
| 373 | | | | | PARTIALLY DISTRIBUTED | 9/21 | J | | |
| 374 | | | | | SOLD | 10/5 | J | A | |
| 375 --- ALTRIA GROUP INC | | | | | PARTIALLY DISTRIBUTED | 4/14 | O | | |
| 376 | | | | | PARTIALLY DISTRIBUTED | 9/19 | L | | |
| 377 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 378 --- COSTCO WHOLESALE CORP | | | | | PARTIALLY DISTRIBUTED | 9/19 | K | | |
| 379 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 380 --- PROCTER & GAMBLE CO | | | | | PARTIALLY DISTRIBUTED | 9/19 | M | | |
| 381 | | | | | PARTIALLY DISTRIBUTED | 9/21 | L | | |
| 382 --- PROCTER & GAMBLE OPTIONS ( PREPAID FORWARD CONTRACT) | | | | | | | | | |
| 383 --- WAL-MART STORES INC | | | | | PARTIALLY DISTRIBUTED | 9/19 | L | | |
| 384 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 385 --- BP PLC | | | | | DISTRIBUTED | 4/14 | N | | |
| 386 --- CONOCOPHILLIPS | | | | | PARTIALLY DISTRIBUTED | 9/19 | K | | |
| 387 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 388 --- EXXON MOBIL CORP | | | | | PARTIALLY DISTRIBUTED | 4/14 | O | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 389 | | | | | PARTIALLY DISTRIBUTED | 9/19 | M | | |
| 390 | | | | | PARTIALLY DISTRIBUTED | 9/21 | M | | |
| 391  --- ALLSTATE CORP | | | | | DISTRIBUTED | 4/14 | N | | |
| 392  --- AMERICAN INTERNATIONAL GROUP INC | | | | | PARTIALLY DISTRIBUTED | 9/19 | L | | |
| 393 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 394  --- MBNA CORP | | | | | PARTIALLY DISTRIBUTED | 9/19 | M | | |
| 395 | | | | | PARTIALLY DISTRIBUTED | 9/21 | L | | |
| 396  --- APPLIED MATERIALS INC | | | | | PARTIALLY DISTRIBUTED | 9/19 | K | | |
| 397 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 398  --- AUTOMATIC DATA PROCESSING INC | | | | | PARTIALLY DISTRIBUTED | 9/19 | L | | |
| 399 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 400  --- DELL INC | | | | | DISTRIBUTED | 4/14 | N | | |
| 401  --- FIRST DATA CORP | | | | | PARTIALLY DISTRIBUTED | 9/19 | K | | |
| 402 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 403  --- MICROSOFT CORP | | | | | PARTIALLY DISTRIBUTED | 9/19 | M | | |
| 404 | | | | | PARTIALLY DISTRIBUTED | 9/21 | L | | |
| 405  --- FPL GROUP | | | | | PARTIALLY DISTRIBUTED | 9/19 | L | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 406 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 407 --- BRISTOL MYERS SQUIBB CO | | | | | PARTIALLY DISTRIBUTED | 9/19 | L | | |
| 408 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 409 --- JOHNSON & JOHNSON | | | | | PARTIALLY DISTRIBUTED | 4/14 | N | | |
| 410 | | | | | PARTIALLY DISTRIBUTED | 9/19 | M | | |
| 411 | | | | | PARTIALLY DISTRIBUTED | 9/21 | L | | |
| 412 --- MEDCO HEALTH SOLUTIONS INC | | | | | PARTIALLY DISTRIBUTED | 9/19 | M | | |
| 413 --- MERCK & CO INC | | | | | PARTIALLY DISTRIBUTED | 4/14 | M | | |
| 414 | | | | | PARTIALLY DISTRIBUTED | 9/19 | L | | |
| 415 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 416 --- MERCK & CO/MEDCO OPTIONS (PREPAID FORWARD CONTRACT) (WHEN MERCK SPUN OFF MEDCO SOME OF THE OPTIONS SPUN OFF AS WELL) | | | | | | | | | |
| 417 --- SBC COMMUNCATIONS INC | | | | | DISTRIBUTED | 4/14 | L | | |
| 418 --- VERIZON COMMUNCATIONS | | | | | DISTRIBUTED | 4/14 | M | | |
| 419 --- ISHARES TR - S&P SMALLCAP 600 INDEX FUND | | | | | PARTIALLY DISTRIBUTED | 9/19 | L | | |
| 420 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 421 --- MIDCAP SPDR TR STANDARD & POORS | | | | | DISTRIBUTED | 4/14 | N | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 422  --- NOTES RECEIVABLE - VARIOUS | | | | | SOME NOTES REPAID | 4/20 | O | | |
| 423 | | | | | REMAINING NOTE REPAID | 6/8 | M | | |
| 424  TRUST #4  ( FKA TRUST #5) | F | INT/DIV/STTLMNT PROCEEDS | P1 | T | DISTRIBUTION | 2/22 | K | | |
| 425 | | | | | DISTRIBUTION | 8/19 | K | | |
| 426  --- BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| MUNICIPAL BONDS: | | | | | | | | | |
| 427  --- ARIZONA ST UNIV REVS REF-SYS | | | | | SQLD | 10/5 | M | | |
| 428  --- FLORIDA ST DEPT CORRECTIONS | | | | | SOLD | 10/5 | L | | |
| 429  --- HOUSTON TEX UTIL SYS REV REF-COMB-SER A | | | | | SOLD | 10/5 | M | | |
| 430  --- JANESVILLE WIS PROM NTS | | | | | SOLD | 10/5 | M | | |
| 431  --- KING CNTY WASH PUB TRANSN SALES TAX | | | | | SOLD | 10/5 | M | | |
| 432  --- MARION CNTY IND CONVENTION & RECTL FACS SER A | | | | | SOLD | 10/5 | L | | |
| 433  --- SOUTHERN ILL UNIV CTFS PARTN CAP IMPR SER A | | | | | SOLD | 10/5 | L | | |
| 434  --- TURLOCK CALIF IRR DIST REV REF SER A | | | | | SOLD | 10/5 | M | | |
| 435  --- UNIVERSITY OKLA STUDENT HSG | | | | | SOLD | 10/5 | M | | |
| 436  --- UNIV UTAH REVS SER A | | | | | SOLD | 10/5 | M | | |
| COMMON STOCKS: | | | | | | | | | |
| 437  --- GENERAL ELECTRIC CO | | | | | PARTIALLY DISTRIBUTED | 9/19 | M | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 438 | | | | | PARTIALLY DISTRIBUTED | 9/21 | L | | |
| 439 --- UNITED TECHNOLOGIES CORP | | | | | PARTIALLY DISTRIBUTED | 9/19 | K | | |
| 440 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 441 --- HOME DEPOT INC | | | | | PARTIALLY DISTRIBUTED | 9/19 | L | | |
| 442 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 443 --- SYSCO CORP | | | | | PARTIALLY DISTRIBUTED | 9/19 | J | | |
| 444 | | | | | PARTIALLY DISTRIBUTED | 9/21 | J | | |
| 445 --- WAL-MART STORES INC | | | | | PARTIALLY DISTRIBUTED | 9/19 | J | | |
| 446 | | | | | PARTIALLY DISTRIBUTED | 9/21 | J | | |
| 447 --- CHEVRONTEXACO CORP | | | | | PARTIALLY DISTRIBUTED | 9/19 | L | | |
| 448 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 449 --- PNC FINANCIAL SERVICES GROUP INC | | | | | PARTIALLY DISTRIBUTED | 9/19 | L | | |
| 450 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |
| 451 --- AUTOMATIC DATA PROCESSING INC | | | | | PARTIALLY DISTRIBUTED | 9/19 | K | | |
| 452 | | | | | PARTIALLY DISTRIBUTED | 9/21 | J | | |
| 453 --- CISCO SYSTEMS INC | | | | | PARTIALLY DISTRIBUTED | 9/19 | L | | |
| 454 | | | | | PARTIALLY DISTRIBUTED | 9/21 | K | | |